# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lance Sr, Alan G. | Court of Appeals for Veterans Claim | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

625 Indiana NW Ste 900
Washington D.C., 20004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Stockholder | Lance Land and Livestock, Ltd. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/91 | State of Idaho - Pension upon retirement after age 55 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Rental income from a parking space | $900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Legion National Convention | August 2012 | Indianapolis, Indiana | Speaking engagement | Airfare, lodging, and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae - Federal Student Loan | Co-Signer on student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 - Charles Schwab | B | Int./Div. | K | T | | | | | |
| 2. -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 3. -GE Common Stock | A | Dividend | J | T | | | | | |
| 4. -Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 5. -Heinz HJ Co Common Stock | A | Dividend | J | T | | | | | |
| 6. -Frontier Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 12/03/12 | J | | |
| 7. -The Southern Company Common Stock | A | Dividend | J | T | | | | | |
| 8. -J M Smucker Company Common Stock | A | Dividend | J | T | | | | | |
| 9. -Briggs & Stratton Corp Common Stock | A | Dividend | J | T | | | | | |
| 10. -Snyder-Lance, Inc Common Stock | A | Dividend | J | T | | | | | |
| 11. -Johnson & Johnson, Inc Common Stock | A | Dividend | J | T | Sold (part) | 07/05/12 | J | A | |
| 12. -C S X Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 07/05/12 | J | | |
| 13. Lance Land & Livestock, LTD. | D | Distribution | M | U | | | | | |
| 14. - Cash, Land, and Buildings | D | Distribution | L | U | | | | | |
| 15. Common Stock Parks America! Inc. | | None | J | T | | | | | |
| 16. IRA #2 - Vanguard | | None | L | T | | | | | |
| 17. -Emerging Mkts Stock Index | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Health Care Fund Inv | | None | L | T | | | | | |
| 19. Life Investors: Cash Value Life Insurance | | None | K | T | | | | | |
| 20. ING ReliaStar Life Insurance | | None | J | T | | | | | |
| 21. IRA #3 - Edward Jones | | None | N | T | | | | | |
| 22. -Mutual Global Discovery Fund - Class C | | None | | | Sold | 04/09/12 | K | A | |
| 23. -Franklin Income Fund - Class C | | None | | | Sold | 04/09/12 | L | A | |
| 24. -Templeton Global Bond Fund - Class C | | None | | | Sold | 04/09/12 | K | A | |
| 25. -Franklin Strategic Ser Income Fund - Class C | | None | | | Sold | 04/02/12 | K | A | |
| 26. -Franklin US Government Secs Fund - Class C | | None | | | Sold | 04/09/12 | L | A | |
| 27. -Franklin Balance Fund - Class C | | None | | | Sold | 04/09/12 | K | A | |
| 28. -Franklin Equity Income Fund - Class C | | None | | | Sold | 04/09/12 | K | A | |
| 29. -Franklin Rising Dividends Fund - Class C | | None | | | Sold | 04/09/12 | K | A | |
| 30. -Model Core Plus Balanced Toward Income (X) | D | Dividend | N | T | Open | 04/09/12 | N | | |
| 31. Working Interest, HollyFrontier Refining & Marketing LLC | A | Royalty | | | Merged (with line 32) | 10/22/12 | J | A | |
| 32. Working Interest, Incorr Energy Group LLC, Kimball, NE | A | Royalty | J | W | | | | | |
| 33. Public Employee Retirement System of Idaho | E | Distribution | K | T | | | | | |
| 34. Capital One Bank | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Narfe Premier Credit Union | A | Interest | K | T | | | | | |
| 36. | StellarOne Bank | A | Interest | J | T | | | | | |
| 37. | Union First Market Bank | B | Interest | L | T | | | | | |
| 38. | Wells Fargo Bank (X) | A | Interest | M | T | Open | 11/05/12 | M | | |
| 39. | LPL Financial Investment Account | C | Dividend | | | Closed | 06/18/12 | M | | |
| 40. | -Advisors Inner Circle Fund Li Grt Valu | A | Dividend | | | Sold | 01/31/12 | J | A | |
| 41. | -Aqr Funds Diversified Arbi Cl I | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 42. | -Artisan Fds Inc Mid Cap Value Fd Inv | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 43. | -Columbia Funds Ser Tr II MA Marsico CIZ | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 44. | -Eaton Vance MF Floating Rate Cl I | A | Dividend | | | Sold | 02/16/12 | J | A | |
| 45. | -Eaton Vance Mun National Munis Cl I | A | Dividend | | | Sold | 06/18/12 | J | B | |
| 46. | -First Eagle Fds Inc Overseas Fd Cl I | A | Dividend | | | Sold | 01/24/12 | J | A | |
| 47. | -Forward Funds Global Infrastr Fund Cl | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 48. | -Hotchkis Wiley Funds High Yield Fund A | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 49. | -JPMorgan Tr I Strat Incm Opptys Select | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 50. | -Oppenheimer Sr Floating Rate Fund Cl Y | A | Dividend | | | Sold | 01/31/12 | J | A | |
| 51. | -Pimco Funds Total Return Fund Cl P | A | Dividend | | | Sold | 06/18/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Rs Invt Trust Global Natural R | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 53. -Templeton Global Bond Fd Advs Cl | A | Dividend | | | Sold | 03/07/12 | J | A | |
| 54. -Turner Funds Spectrum Fund Instl Cl | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 55. -Western Asset Core Plus Bd Port Instl | A | Dividend | | | Sold | 6/18/12 | J | A | |
| 56. -LPL Financial Cash Account | A | Interest | | | Closed | 06/18/12 | J | A | |
| 57. Scott & Stringfellow Investment Account | A | Dividend | J | T | | | | | |
| 58. -Mkt Vctrs Agribusn ETF | A | Dividend | J | T | | | | | |
| 59. -Nuveen Energy MLP ETF | A | Dividend | J | T | | | | | |
| 60. Idaho Central Credit Union | A | Interest | K | T | | | | | |
| 61. US Series I Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII - Line 21: This IRA being administered by Edward Jones was formally administered by Franklin Templeton Investments. The change was also noted in the previous year's report. There was no change in the investments when the administration was moved.

2.  Part VII - Line 21: The funds in this new account are no longer directed by the account holder. In the previous year the account holder controlled which securities were held; but in the new account, the account holder selects a model (Model selected: Model Core Plus Balanced Toward Income) and then has no control of securities or funds held in the account. All of the previous funds in the underlying investments were transferred to the new advisory account. This occured 4/9/12.

3.  Part VII - Line 31: Holly Frontier Refining & Marketing LLC merged with Incorr Energy Group LLC. The new name is listed on Line 32.

4.  Part VII - Line 33: This retirement benefit became active beginning May 2009. It is also reported in Part II, Agreements.

5.  Part VII - Line 37: This account was reported on line 56 of the 2011 report. There were no changes to this investment.

6.  Part VII - Line 38: This bank account, which is comprised of a checking and savings account, was opened in 2012

7.  Part VII - Line 39: The LPL Financial Investment account was closed as of 6/18/12. All securities were sold and money was transferred to the Capital One Bank account.

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan G. Lance Sr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544